1 JAMES A. OLIFF (*Admitted Pro Hac Vice*)
2 JOHN W. O'MEARA (*Admitted Pro Hac Vice*)
  WILLIAM J. UTERMOHLEN (*Admitted Pro Hac Vice*)
3 TAMIR D. DAMARI (*Admitted Pro Hac Vice*)
  **OLIFF & BERRIDGE, PLC**
4 277 South Washington St., Suite 500
  Alexandria, Virginia 22314
5 Tel: (703) 836-6400; Fax: (703) 836-2787
6 joliff@oliff.com; jomeara@oliff.com; wutermohlen@oliff.com; tdamari@oliff.com

7 **LOCAL COUNSEL:**

8 SUSAN VAN KEULEN, CA BAR NO. 136060, svankeulen@thelen.com
  CHRISTOPHER L. OGDEN, CA BAR NO. 235517, cogden@thelen.com
9 **THELEN REID BROWN RAYSMAN & STEINER, LLP**
10 225 West Santa Clara Street, Suite 1200
   San Jose, CA 95113
11 Tel: (408) 292-5800; Fax (408) 287-8040

12 Attorneys for Plaintiff/Counterdefendant

E-FILED

DEC 1 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

| | |
|---|---|
| SEIKO EPSON CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>CORETRONIC CORPORATION and OPTOMA TECHNOLOGY, INC.<br><br>Defendants.<br><br>OPTOMA TECHNOLOGY, INC.<br><br>Counterplaintiff<br><br>v.<br><br>SEIKO EPSON CORPORATION<br><br>Counterdefendant | Case No. C06-06946 WDB<br><br>**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)** |

OLIFF &
BERRIDGE PLC
ATTORNEYS AT LAW

-1-
(REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY))

The United States District Court for the Northern District of California presents its compliments to the Appropriate Judicial Authority of Taiwan, and requests international judicial assistance to effect service of process in a civil proceeding before this Court in the above-captioned matter. A trial date for this matter has not yet been scheduled, but will likely take place during 2008.

This Court requests the assistance described herein as necessary in the interest of justice. The assistance requested is for the Appropriate Judicial Authority of Taiwan to effect service of process upon Coretronic Corporation ("Coretronic"), one of two Defendants in this matter, which maintains a place of business at No. 11, Li-Hsing Road, Science Park, Hsin-chu Taiwan 300, R.O.C. After service of process has been effected, Coretronic will have twenty (20) days to serve an answer upon Seiko Epson Corporation ("Seiko Epson"), the Plaintiff in this matter.

**PARTIES**

The parties to this civil action include the following:

    a.    Plaintiff Seiko Epson maintains its registered office at 3-5, Owa 3-chome, Suwa-shi, Nagano-ken, 392-8502, Empire of Japan. Seiko Epson is represented in this matter by Oliff & Berridge, PLC, 277 South Washington Street, Suite 500, Alexandria, Virginia, 22314, and by Thelen Reid Brown Raysman & Steiner LLP, 225 West Santa Clara Street, Suite 1200, San Jose, California, 95113-1723.

    b.    Defendant Coretronic maintains a place of business at No. 11, Li-Hsing Road, Science Park, Hsin-chu Taiwan 300, R.O.C. While no attorneys have yet entered an appearance on behalf of Coretronic in this matter, it has been represented in connection with the subject matter of this case by Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, CA 94104-1036.

c. Defendant Optoma Technology, Inc. ("Optoma") maintains a place of business at 715 Sycamore Drive, Milpitas, CA 95035. Optoma is represented in this case by Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, CA 94104-1036.

## SUMMARY OF PLAINTIFF'S ALLEGATIONS

In this civil action, Seiko Epson has filed suit against Coretronic and Optoma, asserting claims for patent infringement under 35 U.S.C. §101, et seq. In particular, Seiko Epson alleges that Coretronic and Optoma have made, used, offered for sale, and/or sold within the United States, and/or has imported into the United States, projectors which infringe U.S. Patent Nos. 6,203,158, 6,402,324, 6,527,392, 6,558,004 and 6,644,817 (collectively, the "Asserted Patents"), which are each owned by Seiko Epson. In this lawsuit, Seiko Epson seeks, among other things, a judicial determination that Coretronic and Optoma have infringed the Asserted Patents. Seiko Epson has requested a trial by jury in this matter.

## RECIPROCITY

This Court is ready and willing to offer you reciprocal assistance in a similar case before the federal courts of the Northern District of California when required.

## REIMBURSEMENT OF COSTS

The Court is willing to reimburse the judicial authorities of Taiwan, through Seiko Epson, for costs incurred in executing this Letter Rogatory.

1  DATED this 12 day of December, 2006.

3  By: _____
4  WAYNE D. BRAZIL
5  UNITED STATES MAGISTRATE JUDGE

7  _____
8  DEPUTY CLERK OF COURT, UNITED STATES
   DISTRICT COURT, NORTHERN DISTRICT OF
9  CALIFORNIA, ~~SAN JOSE~~ DIVISION
   OAKLAND