1   JAMES A. OLIFF (*Pro Hac Vice*),
    joliff@oliff.com
2   JOHN W. O'MEARA (*Pro Hac Vice*),
    jomeara@oliff.com
3   WILLIAM J. UTERMOHLEN (*Pro Hac Vice*),
    wutermohlen@oliff.com
4   TAMIR D. DAMARI (*Pro Hac Vice*),
    tdamari@oliff.com
5   **OLIFF & BERRIDGE, PLC**
    277 South Washington St., Suite 500
6   Alexandria, Virginia 22314
    Tel:  (703) 836-6400; Fax:  (703) 836-2787
7
    **LOCAL COUNSEL**:
8   SUSAN VAN KEULEN (SBN 136060),
    svankeulen@thelen.com
9   CHRISTOPHER L. OGDEN (SBN 235517),
    cogden@thelen.com
10  **THELEN REID BROWN RAYSMAN &
    STEINER, LLP**
11  225 West Santa Clara Street, Suite 1200
    San Jose, CA 95113
12  Tel: (408) 292-5800; Fax (408) 287-8040

13  Attorneys for Seiko Epson Corporation and
    Epson Research & Development, Inc.

YITAI HU (SBN 248085),
yhu@akingump.com
ELIZABETH H. RADER (SBN 184963),
erader@akingump.com
**AKIN, GUMP, STRAUSS, HAUER &
FELD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: (650) 838-2000; Fax (650) 838-2001

Attorneys for Coretronic Corporation and
Optoma Technology, Inc.

14

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

16

17  SEIKO EPSON CORPORATION,
          Plaintiff,
18              v.

19  CORETRONIC CORPORATION and
    OPTOMA TECHNOLOGY, INC.,
20          Defendants.

21  CORETRONIC CORPORATION and
    OPTOMA TECHNOLOGY, INC.,

22          Counterplaintiffs,

          v.
23  SEIKO EPSON CORPORATION, and
    EPSON RESEARCH AND
24  DEVELOPMENT INC.
          Counterdefendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. C06-06946 MJJ

**[SUBSTITUTED PROPOSED] CASE
MANAGEMENT AND PRETRIAL
ORDER**

Judge:     Hon. Martin J. Jenkins
           Jury Trial Demanded

1     Pursuant to the Case Management Conference of July 10, 2007, and the Joint Case

2   Management Statement, defendants/counterplaintiffs Coretronic Corporation ("Coretronic")

3   and Optoma Technology, Inc. ("Optoma"), by and through their respective counsel, hereby

4   submit this Substituted Proposed Case Management and Pretrial Order, with the agreement of

5   counsel for plaintiffs/counterdefendants Seiko Epson Corporation ("Seiko Epson") and Epson

6   Research & Development, Inc. ("ERD"). All parties now agree to the text in this Substituted

7   Proposed Case Management and Pretrial Order, which may be  substituted for the Proposed

8   Case Management and Pretrial Order submitted on July 13, 2007.

9

10  **I.      PLEADINGS**

11        A.      The last day for the parties to amend their pleadings shall be **July 27, 2007**.

12

13  **II.     DISCOVERY**

14        B.      The parties shall be presumptively limited to **10** non-expert depositions per side,

15  but the Court may allow additional depositions.  Each deposition shall be limited to one day (a

16  maximum of seven (7) hours total on the record, excluding breaks or lunch) except for

17  translated depositions, which shall be limited to two days (a maximum of fourteen (14) hours

18  total).

19        C.      The parties shall be presumptively limited to **35** interrogatories from each side,

20  directed to each opposing party, but the Court may allow additional interrogatories.

21        D.      The parties shall be presumptively limited to **45** document requests from each

22  side, directed to each opposing party, but the Court may allow additional document requests.

23        E.      Privileged documents reflecting communications between the parties and their

24

counsel occurring subsequent to the filing of this litigation need not be identified on the parties' respective privilege logs.  This issue may be reconsidered by the parties if the decision in *In re Seagate* indicates that trial counsel's opinions may be discovered in the event a party relies on an opinion of counsel as a defense to willfulness.

III.    **CLAIM CONSTRUCTION SCHEDULE**

F.      Pursuant to Patent Local Rules 3–1 and 3–2, the parties shall serve their "Disclosure of Asserted Claims and Preliminary Infringement Contentions" and accompanying documents by **July 20, 2007**.

G.      Pursuant to Patent Local Rules 3–3 and 3–4, the parties shall serve their "Preliminary Invalidity Contentions" and accompanying documents by **September 4, 2007**.

H.      Pursuant to Patent Local Rule 4–1, the parties shall exchange their "Proposed Terms and Claim Elements for Construction" by **September 14, 2007**.

I.      Pursuant to Patent Local Rule 4–2, the parties shall exchange their "Preliminary Claim Constructions and Extrinsic Evidence" by **October 5, 2007**.

J.      Pursuant to Patent Local Rule 4–3, the parties shall jointly submit their "Joint Claim Construction and Prehearing Statement" to the Court by **November 2, 2007**.

K.      A status conference to discuss the number of claim terms to be construed by the Court is scheduled for **November 13, 2007, at 2:00 p.m.**  The presumptive number of claim terms the Court will construe is 10, however, parties may present arguments at this conference for additional claims to be construed.

L.      Pursuant to Patent Local Rule 4–4, the parties shall complete all discovery relating to claim construction by **December 17, 2007**.

M.      Pursuant to Patent Local Rule 4–5(a), the parties shall submit an opening brief and any evidence supporting their claim constructions by **January 4, 2008**.

N.      Pursuant to Patent Local Rule 4–5(b), the parties shall submit a responsive brief and any supporting evidence by **January 18, 2008**.

O.      Pursuant to Patent Local Rule 4–5(c), the parties may submit any reply brief and any evidence directly rebutting the supporting evidence contained in an opposing party's response by **January 25, 2008**.

P.      A technology tutorial is scheduled for **February 1, 2008, at 2:00 p.m.**  The parties shall address the technology of the patents-in-suit in a non-argumentative manner.  The parties shall exchange any presentation materials that they intend to use for the tutorial on **January 25, 2008**.

Q.      The claim construction hearing is scheduled for **February 8, 2008, at 9:30 a.m.**

R.      A status conference regarding the completion of discovery, disclosure of experts, dispositive motions, and pretrial matters is scheduled for **March 11, 2008 at 2:00 p.m.**  In the status conference statement, the parties shall identify the extent and scope of remaining discovery and propose dates for the disclosure of experts and dispositive motions, as well as identify the nature of any dispositive motions they intend to file.  If a party believes that the time remaining is not sufficient to complete discovery, it must provide a detailed explanation as to why.  Following the status conference, the parties will prepare and the Court will enter an Amended Pretrial Order, if necessary.

IV.    <u>**TRIAL**</u>

S.      A jury trial is scheduled for **September 15, 2008**.

[Proposed] Case Management and Pretrial Order -- Case No. C06-06946

1    DATED this 17th day of July, 2007.

2

3                                                    Respectfully submitted,

4    /s/ Elizabeth H. Rader                          /s/ William J. Utermohlen
     Yitai Hu, Esq. (SBN 248085)                     James A. Oliff *(Pro Hac Vice)*
5    Elizabeth H. Rader, Esq. (SBN 184963)           John W. O'Meara *(Pro Hac Vice)*
     AKIN, GUMP, STRAUSS, HAUER &                     William J. Utermohlen *(Pro Hac Vice)*
6    FELD, LLP                                        OLIFF & BERRIDGE, PLC
     2 Palo Alto Square                               277 South Washington Street
7    3000 El Camino Real, Suite 400                   Suite 500
     Palo Alto, California 94306                      Alexandria, VA  22314
8    Telephone: (650) 838-2000                        Telephone:  703-836-6400
     Facsimile: (650) 838-2001                        Facsimile:  703-836-2787

9
                                                      Susan van Keulen (SBN 136060)
10                                                    Christopher L. Ogden (SBN 235517)
                                                      THELEN  REID  BROWN  RAYSMAN  &
11                                                    STEINER  LLP
                                                      225 West Santa Clara Street
12                                                    Suite 1200
                                                      San Jose, CA 95113
13                                                    Telephone: (408) 292-5800
                                                      Facsimile: (408) 287-8040

14
     Attorneys for Defendants/Counterplaintiff        Attorneys for Plaintiff/Counterdefendants
15   Coretronic Corporation and Optoma               Seiko Epson Corporation and Epson
     Technology, Inc.                                 Research & Development, Inc.

16

17   SO ORDERED

18

19   _____              ____7/19/2007_____
     Judge Martin J. Jenkins                        Date
20   UNITED STATE DISTRICT COURT JUDGE
     NORTHERN DISTRICT OF CALIFORNIA

21

22

23

24

5

1         I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing

2    of this document has been obtained from William J. Utermohlen.

3
                                   /s/ Elizabeth H. Rader

4    Dated: July 17, 2007                          Yitai Hu, Esq. (SBN 248085)
                                   Elizabeth H. Rader, Esq. (SBN 184963)

5                                       AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
                                   2 Palo Alto Square

6                                       3000 El Camino Real, Suite 400
                                   Palo Alto, California 94306

7                                       Telephone: (650) 838-2000
                                   Facsimile: (650) 838-2001

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24