IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>OPTOMA TECHNOLOGY, INC.,<br><br>    Defendant.<br>_____ / | No. C06-06946 MJJ<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD AMENDED COUNTERCLAIMS** |

**INTRODUCTION**

Before the Court is Defendants and Counterclaimants Coretronic Corporation and Optoma Technology, Inc.'s ("Defendants") Motion For Leave To File Third Amended Answer And Counterclaims. (Docket No. 68.) Defendants seek leave to add an additional company, Epson America, Inc. as a counterdefendant. Plaintiff and Counterdefendant Seiko Epson Corporation has filed a statement of non-opposition to the Motion. Good cause appearing therefor, the Court **GRANTS** the Motion. Defendants shall file their Third Amended Answer And Counterclaims within five (5) court days of the entry of this Order. The September 11, 2007 hearing in this matter is hereby **VACATED**.

Dated: August 25, 2007

                                                MARTIN J. JENKINS
                                                UNITED STATES DISTRICT JUDGE