IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, | No. C06-06946 MJJ |
| Plaintiff, | **ORDER VACATING HEARING AND DENYING EPSON'S MOTION TO COMPEL CORETRONIC'S COMPLIANCE WITH PATENT L.R. 3-2** |
| v. | |
| OPTOMA TECHNOLOGY, INC., | |
| Defendant. | |

Before the Court is the Motion To Compel Coretronic's Compliance With Patent Local Rule 3-2 (Docket No. 77) brought by Plaintiff and Counterdefendant Seiko Epson Corporation and Counterdefendant Epson Research and Development, Inc. (collectively "Epson").

Patent Local Rule 3-2(b) requires the production of "[a]ll documents evidencing the conception, reduction to practice, design, and development of each claimed invention, which were created on or before the date of application for the patent in suit or the priority date identified pursuant to patent L.R. 3-1(e), whichever is earlier." In its July 23, 2007 Case Management and Pretrial order, the Court has already ordered production of these documents required by the patent local rules. (Docket No. 66.)

Epson has failed to establish an adequate basis for this Court to issue a further order requiring Coretronic to produce the documents described in Patent Local Rule 3-2(b). To the extent Epson seeks an order compelling production of the documents described in Patent Local Rule 3-

1  2(b), Coretronic has represented, in meet-and-confer communications and by sworn declaration, that
2  no further documents in this category exist that have not been produced.  Epson speculates that
3  further unproduced documents exist, but provides no evidence supporting this conjecture.  Such
4  speculation is not the proper basis for bringing, or maintaining, a premature motion to compel.

5  Epson also appears to seek even broader relief, requesting an order compelling production of
6  all documents relating to the "conception, reduction to practice, design and development" of
7  Coretronic's inventions, without limitation by date of creation.  (*See* Epson's Notice of Motion at
8  2:9-10, Docket No. 77; Epson's Proposed Order, Docket No. 77, Attachment No. 1.)  Patent Local
9  Rule 3-2(b) does not provide a basis for such a request, as it does not require the production of
10 documents created after the application date or the priority date, whichever is earlier.

11 In its reply brief, Epson contends for the first time that Coretronic has failed to produce
12 documents regarding the design of the EzPro 725 projector in response to Document Request No.
13 38.  The Court declines to rule on this issue, as it was not properly raised in Epson's opening papers.
14 Epson's motion and notice of motion did not identify Document Request No. 38 (nor any other
15 specific document requests) supporting its motion to compel, and therefore did not comply with
16 Civil Local Rule 37-2.  (*See* Notice of Motion, Docket No. 77, p. 2, n.1.)

17 Given that Epson has failed to justify an order compelling further production, Epson has also
18 failed to establish "good cause" under Patent Local Rule 3-7 for an order permitting amendment of
19 Epson's Preliminary Invalidity Contentions at this time.

20 For the foregoing reasons, the Court **VACATES** the October 9, 2007 hearing in this matter
21 and **DENIES** the Motion.

22 **IT IS SO ORDERED.**

23 Dated: October 2, 2007

       _____
       MARTIN J. JENKINS
24     UNITED STATES DISTRICT JUDGE