| | |
|---|---|
| JAMES A. OLIFF<br>(*Admitted Pro Hac Vice*), joliff@oliff.com<br>JOHN W. O'MEARA<br>(*Admitted Pro Hac Vice*), jomeara@oliff.com<br>WILLIAM J. UTERMOHLEN<br>(*Admitted Pro Hac Vice*),<br>wutermohlen@oliff.com<br>**OLIFF & BERRIDGE, PLC**<br>277 South Washington St., Suite 500<br>Alexandria, Virginia 22314<br>Tel: (703) 836-6400; Fax: (703) 836-2787<br><br>**LOCAL COUNSEL**:<br>SUSAN VAN KEULEN<br>CA Bar No. 136060, svankeulen@thelen.com<br>CHRISTOPHER L. OGDEN<br>CA Bar No. 235517, cogden@thelen.com<br>**THELEN REID BROWN RAYSMAN &<br>STEINER, LLP**<br>225 West Santa Clara Street, Suite 1200<br>San Jose, CA 95113<br>Tel: (408) 292-5800; Fax (408) 287-8040<br><br>Attorneys for Seiko Epson Corporation, Epson Research and Development, Inc. & Epson America, Inc. | YITAI HU<br>CA Bar No. 248085, yhu@akingump.com<br>ELIZABETH H. RADER<br>CA Bar No. 184963, erader@akingump.com<br>GARY C. MA<br>CA Bar No. 221294, gma@akingump.com<br>**AKIN, GUMP, STRAUSS, HAUER &<br>FELD LLP**<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 838-2000; Fax (650) 838-2001<br><br>Attorneys for Coretronic Corporation and Optoma Technology, Inc. |

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SEIKO EPSON CORPORATION,<br>　　　　Plaintiff,<br>　　v.<br>CORETRONIC CORPORATION and<br>OPTOMA TECHNOLOGY, INC.,<br>　　　　Defendants.<br>_____<br>CORETRONIC CORPORATION and<br>OPTOMA TECHNOLOGY, INC.,<br>　　　　Counterplaintiffs,<br>　　v.<br>SEIKO EPSON CORPORATION, and<br>EPSON RESEARCH AND<br>DEVELOPMENT INC.<br>　　　　Counterdefendants. | Case No. C06-06946 MJJ<br><br>**STIPULATION TO CONTINUE<br>HEARING DATE ON CORETRONIC<br>CORPORATION'S MOTION FOR<br>SANCTIONS; [~~PROPOSED~~] ORDER<br>THEREON** AS MODIFIED<br><br>Date:　　November 20, 2007<br>Time:　　9:00 a.m.<br>Room:　　E, 15th Floor<br>Judge:　　Hon. Elizabeth D. Laporte |

Stipulation to Continue Hearing Date and [Proposed] Order -- Case No. C06-06946

The parties, by and through their undersigned attorneys of record, hereby stipulate and respectfully request to continue the hearing on Coretronic Corporation's Motion for Sanctions, currently set for November 20, 2007, at 9:00 a.m., in Room E, 15th Floor, to November 27, at 9:00 a.m.

The new proposed hearing date will allow counsel for Seiko Epson Corporation to consolidate their travel schedules with a number of scheduled depositions, so that only one trip to California is required. It is therefore respectfully requested that the Court reschedule the hearing date on Coretronic Corporation's Motion for Sanctions to November 27, at 9:00 a.m.

**IT IS SO STIPULATED.**

DATED this 29th day of October, 2007.

_____
Yitai Hu
Elizabeth H. Rader
Gary C. Ma
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP

Attorneys for
Defendants/Counterplaintiff Coretronic Corporation and Optoma Technology, Inc.

_____
James A. Oliff
John W. O'Meara
William J. Utermohlen
OLIFF & BERRIDGE, PLC

Susan van Keulen
Christopher L. Ogden
THELEN REID BROWN RAYSMAN & STEINER LLP

Attorneys for Seiko Epson Corporation, Epson Research and Development, Inc. & Epson America, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The briefing schedule remains the same. Any opposition is due October 30, 2007, and any reply shall be filed no later than November 6, 2007.



IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

_October 30, 2007_
Date