JAMES A. OLIFF (*Pro Hac Vice*), joliff@oliff.com
JOHN W. O'MEARA (*Pro Hac Vice*), jomeara@oliff.com
WILLIAM J. UTERMOHLEN (*Pro Hac Vice*), wutermohlen@oliff.com
**OLIFF & BERRIDGE, PLC**
277 South Washington St., Suite 500
Alexandria, Virginia 22314
Tel: (703) 836–6400; Fax: (703) 836–2787

SUSAN VAN KEULEN, CA Bar No. 136060, svankeulen@thelen.com
CHRISTOPHER L. OGDEN, CA Bar No. 235517, cogden@thelen.com
**THELEN REID BROWN RAYSMAN & STEINER, LLP**
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113
Tel: (408) 292–5800; Fax (408) 287–8040

Attorneys for Seiko Epson Corporation, Epson Research and Development, Inc. and Epson America, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SEIKO EPSON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CORETRONIC CORPORATION and OPTOMA TECHNOLOGY, INC.,<br><br>Defendants. | Case No. C06-06946 MJJ (EDL)<br><br>**[PROPOSED] ORDER DENYING CORETRONIC'S MOTION FOR SANCTIONS**<br><br>Date:  November 27, 2007<br>Time:  9:00 a.m.<br>Place: Room 11, 19th floor<br>Judge: Hon. Elizabeth D. Laporte |
| CORETRONIC CORPORATION and OPTOMA TECHNOLOGY, INC.,<br><br>Counterplaintiffs,<br><br>v.<br><br>SEIKO EPSON CORPORATION, EPSON RESEARCH & DEVELOPMENT, INC., and EPSON AMERICA, INC.,<br><br>Counterdefendants. | |

1   Having considered Defendant and Counterclaimant Coretronic's Motion for Sanctions, the
2   supporting and opposing pleadings and other papers filed with the Court, and the arguments of the
3   parties at the hearing held on November 27, 2007, the Court holds that there was basis under Rule
4   37 for the Motion to Compel filed by Seiko Epson Corporation on August 30, 2007, and that no
5   basis has been shown for exercise of the Court's inherent powers.  Accordingly, the Court hereby
6   DENIES Coretronic's Motion.  The parties are to adhere to the Court's Standing Order regarding
7   discovery procedures.

SO ORDERED

_____                December 3, 2007
Judge Elizabeth D. Laporte                                    Date
UNITED STATES
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED — Judge Elizabeth D. Laporte* (court seal: United States District Court, Northern District of California)