| | |
|---|---|
| JAMES A. OLIFF (*Pro Hac Vice*) <br> JOHN W. O'MEARA (*Pro Hac Vice*), <br> WILLIAM J. UTERMOHLEN (*Pro Hac Vice*), <br> **OLIFF & BERRIDGE, PLC** <br> 277 South Washington St., Suite 500 <br> Alexandria, Virginia 22314 <br> Tel: (703) 836-6400; Fax: (703) 836-2787 <br> e-mails: joliff@oliff.com, jomeara@oliff.com, wutermohlen@oliff.com <br><br> SUSAN VAN KEULEN <br> CA Bar No. 136060, svankeulen@thelen.com <br> CHRISTOPHER L. OGDEN <br> CA Bar No. 235517, cogden@thelen.com <br> **THELEN REID BROWN RAYSMAN & STEINER, LLP** <br> 225 West Santa Clara Street, Suite 1200 <br> San Jose, CA 95113 <br> Tel: (408) 292-5800; Fax (408) 287-8040 <br><br> Attorneys for Seiko Epson Corporation, Epson Research and Development, Inc. and Epson America, Inc. | YITAI HU <br> CA Bar No. 248085, yhu@akingump.com <br> ELIZABETH H. RADER <br> CA Bar No. 184963 erader@akingump.com <br> GARY C. MA <br> CA Bar No. 221294 gma@akingump.com <br> **AKIN, GUMP, STRAUSS, HAUER & FELD LLP** <br> Two Palo Alto Square <br> 3000 El Camino Real, Suite 400 <br> Palo Alto, CA 94306 <br> Telephone: (650) 838-2000; Fax (650) 838-2001 <br><br> Attorneys for Coretronic Corporation and Optoma Technology, Inc. |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SEIKO EPSON CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> CORETRONIC CORPORATION and OPTOMA TECHNOLOGY, INC., <br><br> Defendants. <br><br> CORETRONIC CORPORATION and OPTOMA TECHNOLOGY, INC., <br><br> Counterplaintiffs, <br><br> v. <br><br> SEIKO EPSON CORPORATION, EPSON RESEARCH & DEVELOPMENT, INC., and EPSON AMERICA, INC., <br><br> Counterdefendants. | Case No. C06-06946 MJJ (EDL) <br><br> **[PROPOSED] SUPPLEMENTAL CASE MANAGEMENT AND PRETRIAL ORDER** <br><br> Judge: Hon. Martin J. Jenkins <br>       Jury Trial Demanded |

---

**SUPPLEMENTAL CASE MANAGEMENT AND PRETRIAL ORDER; No. C06-6946 MJJ (EDL)**

Pursuant to the status conference held on November 13, 2007, plaintiff/counterdefendants Seiko Epson Corporation, Epson Research and Development, Inc. and Epson America, Inc. (collectively, "Epson") and defendants/counterplaintiffs Coretronic Corporation and Optoma Technology, Inc. (collectively, "Coretronic") respectfully submit this Proposed Supplemental Case Management and Pretrial Order.

**I.   CORETRONIC'S MOTION FOR EXTENSION OF TIME**

The Court grants Coretronic's Motion for Extension of Time and permits Coretronic to file a Supplemental Joint Claim Construction and Prehearing Statement containing its construction for, and intrinsic and extrinsic evidence in support of, the term "predefined power supply block cooling paths respectively formed at the power supply blocks that respectively cool the power supply blocks."

**II.   EPSON'S SUPPLEMENTAL CLAIM CONSTRUCTION**

In light of the Court's decision to construe "ventilating path provided inside the power unit for circulating cooling air", but not "power unit" separately, and pursuant to the Stipulation of the parties reflected by their execution of this Proposed Supplemental Case Management and Pretrial Order, the Court permits Epson to file a Supplemental Joint Claim Construction and Prehearing Statement incorporating its construction of "power unit" into its proposed construction of a "ventilating path provided inside the power unit for circulating cooling air."

**III.   TERMS FOR CLAIM CONSTRUCTION**

The Court will construe the following claim terms at the Claim Construction Hearing:

1. "directly conducts cooling air"; U.S. Patent No. 6,203,158.
2. "duct connecting said second cooling intake port and the air inlet"; U.S. Patent No. 6,203,158.
3. "intensively cool the base side of the lamp"; U.S. Patent No. 6,558,004.
4. "predefined power supply block cooling paths respectively formed at the power supply blocks that respectively cool the power supply blocks"; U.S. Patent No. 6,402,324.
5. "second exhaust fan"; U.S. Patent No. 6,739,831.

1

6.   "guiding/guidance surface"; U.S. Patent No. 6,742,899.

7.   "the air duct is in a closed status and is positioned adjacent to a periphery of the light source to concentrate the direction of exhausted air"; U.S. Patent No. 6,739,831.

8.   "ventilating path provided inside the power unit for circulating cooling air"; U.S. Patent No. 6,203,158.

9.   "exhaust fans"; U.S. Patent No. 6,402,324.

### IV.   CLAIM CONSTRUCTION EXPERT TESTIMONY

To the extent that Coretronic wishes to rely on the testimony of Dr. Catharina Biber, Coretronic shall serve a summary of her opinions by November 20, 2007.

Epson may file a summary of rebuttal opinions by December 5, 2007.

Any depositions of the parties' experts with respect to claim construction shall be concluded by December 21, 2007.

1  DATED this 16th day of November, 2007.

2                                               Respectfully submitted,

3

4

5       _____/s/_____        _____/s/_____
        Yitai Hu, CA Bar No. 248085            James A. Oliff *(Admitted Pro Hac Vice)*
6       Elizabeth Rader, CA Bar No. 184963     John W. O'Meara *(Admitted Pro Hac Vice)*
        Gary C. Ma, CA Bar No. 221294          William J. Utermohlen *(Admitted Pro Hac Vice)*
7       AKIN, GUMP, STRAUSS, HAUER             OLIFF & BERRIDGE, PLC
        & FELD, LLP                            277 South Washington Street
8       2 Palo Alto Square                     Suite 500
        3000 El Camino Real, Suite 400         Alexandria, VA  22314
9       Palo Alto, California 94306            Telephone:  703-836-6400
        Telephone: (650) 838-2000              Facsimile:  703-836-2787
10      Facsimile: (650) 838-2001

11                                             Susan van Keulen, CA Bar No. 136060
                                               Christopher L. Ogden, CA Bar No. 235517
12                                             THELEN REID BROWN RAYSMAN & STEINER LLP
13                                             225 West Santa Clara Street
                                               Suite 1200
14                                             San Jose, CA 95113
                                               Telephone: (408) 292-5800
15                                             Facsimile: (408) 287-8040

16

17      Attorneys for Coretronic Corporation   Attorneys for Seiko Epson Corporation, Epson
        and Optoma Technology, Inc.            Research and Development, Inc. and Epson
18                                             America, Inc.

19

20   SO ORDERED

21
                                                         12/11/07
22   _____          _____
     Judge Martin J. Jenkins                           Date
23   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
24

25

26

27
                                               3
28   SUPPLEMENTAL CASE MANAGEMENT AND PRETRIAL ORDER; No. C06-6946 MJJ (EDL)

**SIGNATURE ATTESTATION**

In accordance with General Order 45, part X(B), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

/s/ Christopher L. Ogden