1  YITAI HU (State Bar No. 248085) (yhu@akingump.com)
   ELIZABETH H. RADER (State Bar No. 184963) (erader@akingump.com)
2  GARY C. MA (State Bar No. 221294) (gma@akingump.com)
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  Two Palo Alto Square
   3000 El Camino Real, Suite 400
4  Palo Alto, California 94306
   Telephone:     650-838-2000
5  Facsimile:     650-838-2001

6
   Attorneys for Defendant and Counterclaimant
7  CORETRONIC CORPORATION

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11 | SEIKO EPSON CORPORATION, a      | ) Case No. C 06-6946 MHP (EDL)
   | Japanese corporation,           | )
12 |                                 | ) **[PROPOSED] ORDER GRANTING**
   |         Plaintiff,              | ) **ADMINISTRATIVE MOTION TO FILE**
13 |                                 | ) **PAPERS IN SUPPORT OF DEFENDANTS'**
   |      v.                         | ) **OPPOSITION TO SEIKO EPSON'S**
14 |                                 | ) **MOTION TO AMEND ITS PRELIMINARY**
   | CORETRONIC CORPORATION, a       | ) **INFRINGEMENT CONTENTIONS UNDER**
15 | Taiwanese corporation, and OPTOMA| ) **SEAL**
   | TECHNOLOGY, INC., a California  | )
16 | corporation,                    | )
   |                                 | )
17 |         Defendants.             | )
   |                                 | )
18 |                                 | )
   |                                 | )
19 | AND RELATED COUNTERCLAIMS       | )
   |                                 | )
20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE                    CASE NO. C:06-6946 MHP (EDL)
PAPERS UNDER SEAL

1  The Court has received Defendants Coretronic Corporation and Optoma Technology, Inc.'s
2 Administrative Motion to File Documents in Support of Their Opposition to Plaintiff Seiko Epson
3 Corporation's Motion to Amend Its Preliminary Infringement Contentions Under Seal.  Good cause
4 appearing, the motion is GRANTED.

5  It is hereby ORDERED that Exhibit 5 to Declaration of Elizabeth H. Rader in Support of
6 Defendants Coretronic Corporation and Optoma Technology, Inc.'s Partial Opposition to Plaintiff Seiko
7 Epson Corporation's Motion to Amend Its Preliminary Infringement Contentions be filed under seal.

8  IT IS SO ORDERED.

10 Dated:  May 27            , 2008

HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE



[PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE PAPERS UNDER SEAL         2         CASE NO. C:06-6946 MHP (EDL)