JAMES A. OLIFF (*Pro Hac Vice*)
JOHN W. O'MEARA (*Pro Hac Vice*),
WILLIAM J. UTERMOHLEN (*Pro Hac Vice*),
**OLIFF & BERRIDGE, PLC**
277 South Washington St., Suite 500
Alexandria, Virginia 22314
Tel:  (703) 836-6400; Fax:  (703) 836-2787
e-mails: joliff@oliff.com, jomeara@oliff.com,
wutermohlen@oliff.com

SUSAN VAN KEULEN
CA Bar No. 136060, svankeulen@thelen.com
CHRISTOPHER L. OGDEN
CA Bar No. 235517, cogden@thelen.com
**THELEN REID BROWN RAYSMAN &
STEINER, LLP**
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113
Tel: (408) 292-5800; Fax (408) 287-8040

Attorneys for Seiko Epson Corporation, Epson
Research and Development, Inc. and Epson
America, Inc.

YITAI HU
CA Bar No. 248085, yhu@akingump.com
ELIZABETH H. RADER
CA Bar No. 184963 erader@akingump.com
**AKIN, GUMP, STRAUSS, HAUER &
FELD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 838-2000;
Fax: (650) 838-2001

Attorneys for Coretronic Corporation and
Optoma Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEIKO EPSON CORPORATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>CORETRONIC CORPORATION and )<br>OPTOMA TECHNOLOGY, INC., )<br><br>Defendants. )<br>_____ )<br>AND RELATED COUNTERCLAIMS )<br>_____ ) | Case Nos. C 06-6946, 07-6055 MHP<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER DISMISSING CLAIMS RELATING TO U.S. PATENT NOS. 6,402,324 & 6,644,817** |

WHEREAS Seiko Epson Corporation ("SEC") asserted in this case that Coretronic

Corporation ("Coretronic") and Optoma Technology, Inc. ("Optoma") infringed U.S. Patent No.

6,402,324 ("the 324 Patent") and U.S. Patent No. 6,664,817 ("the 817 Patent"); and

1

1   WHEREAS Coretronic and Optoma have denied infringing the 324 and 817 Patents and have

2   asserted counterclaims for declaratory judgment that those patents are invalid; and

3   WHEREAS SEC has indicated its intent to withdraw its infringement assertions as to the 324

4   and 817 Patents in this case; and

5   WHEREAS the parties agree that in light of such withdrawal, the issue of the 324 and 817

6   Patents' validity need not be litigated and resolved at this time;

7   NOW, THEREFORE, THE PARTIES STIPULATE AND ASK THE COURT FOR AN

8   ORDER AS FOLLOWS:

9   Dismissing without prejudice SEC's assertion of infringement of the 324 and 817 Patents

10   against Coretronic and Optoma and dismissing without prejudice Coretronic's and Optoma's

11   declaratory judgment actions seeking a declaration regarding the invalidity of the 324 and 817

12   patents.

13   DATED:  July __, 2008

14   Respectfully submitted,

15   _____/s/_____
Yitai Hu (CA Bar No. 248085)

16   Elizabeth H. Rader (CA Bar No. 184963)
AKIN GUMP STRAUSS HAUER & FELD

17   LLP
2 Palo Alto Square

18   3000 El Camino Real, Suite 400
Palo Alto, California 94306

19   Telephone: (650) 838-2000
Facsimile: (650) 838-2001

20   Attorneys for Coretronic Corporation

21

22

23

24

25

26

27

28

_____/s/_____
James A. Oliff *(Admitted Pro Hac Vice)*
John W. O'Meara *(Admitted Pro Hac Vice)*
William J. Utermohlen *(Admitted Pro Hac Vice)*
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA  22314
Telephone:  703-836-6400
Facsimile:  703-836-2787

Susan van Keulen (CA Bar No. 136060)
Christopher L. Ogden (CA Bar No. 235517)
THELEN REID BROWN RAYSMAN &
STEINER  LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Attorneys for Seiko Epson Corporation, Epson
Research & Development Corporation and
Epson America, Inc.

2

1    Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of

2    perjury that concurrence in the filing of this document has been obtained from Elizabeth H. Rader.

3        Dated:  July __, 2008

4                                    THELEN REID BROWN RAYSMAN & STEINER  LLP

5                                    By:  _____/s/_____

6                                        Christopher L. Ogden, Esq.
                                         (State Bar No. 235517)

7                                    Attorneys for Seiko Epson Corporation

8

9        Having considered the parties' statements and stipulations set forth above, and good cause

10   appearing therefore, IT IS HEREBY ORDERED THAT:

11       SEC's claims of infringement of U.S. Patent No. 6,402,324 and U.S. Patent No. 6,664,817

12   against Coretronic and Optoma and Coretronic's and Optoma's declaratory judgment actions seeking

13   a declaration regarding the invalidity of the 324 and 817 patents are DISMISSED without prejudice.

14

15   Dated:  July 14_____, 2008        _____

16                                       Marilyn Hall Patel
                                         UNITED STATES DISTRICT JUDGE

17

18                                       IT IS SO ORDERED

19

20                                       Judge Marilyn H. Patel

21

22

23

24

25

26

27

28