1  JAMES A. OLIFF (*Pro Hac Vice*)
   JOHN W. O'MEARA (*Pro Hac Vice*),
2  WILLIAM J. UTERMOHLEN (*Pro Hac Vice*),
   **OLIFF & BERRIDGE, PLC**
3  277 South Washington St., Suite 500
4  Alexandria, Virginia 22314
   Tel:  (703) 836-6400; Fax:  (703) 836-2787
5  e-mails: joliff@oliff.com, jomeara@oliff.com,
   wutermohlen@oliff.com
6
7  SUSAN VAN KEULEN
   CA Bar No. 136060, svankeulen@thelen.com
8  CHRISTOPHER L. OGDEN
   CA Bar No. 235517, cogden@thelen.com
9  **THELEN REID BROWN RAYSMAN &
   STEINER, LLP**
10 225 West Santa Clara Street, Suite 1200
11 San Jose, CA 95113
   Tel: (408) 292-5800; Fax (408) 287-8040
12
   Attorneys for Seiko Epson Corporation, Epson
13 Research and Development, Inc. and Epson
   America, Inc.
14

   YITAI HU
   CA Bar No. 248085, yhu@akingump.com
   ELIZABETH H. RADER
   CA Bar No. 184963 erader@akingump.com
   **AKIN, GUMP, STRAUSS, HAUER &
   FELD LLP**
   Two Palo Alto Square
   3000 El Camino Real, Suite 400
   Palo Alto, CA 94306
   Telephone: (650) 838-2000;
   Fax: (650) 838-2001

   Attorneys for Coretronic Corporation and
   Optoma Technology, Inc.

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18 SEIKO EPSON CORPORATION,                  )
                                             )
19        Plaintiff,                         ) Case Nos. C 06-6946, 07-6055 MHP
                                             )
20     v.                                    )
                                             ) **STIPULATION AND [PROPOSED] ORDER
21                                           ) AMENDING INVALIDITY BRIEFING
   CORETRONIC CORPORATION and                ) SCHEDULE**
22 OPTOMA TECHNOLOGY, INC.,                  )
                                             )
23        Defendants.                        )
                                             )
24 _____ )
                                             )
25 AND RELATED COUNTERCLAIMS                 )
                                             )
26

27

28

                                    1

WHEREAS the parties agreed to a proposed schedule for completion of invalidity fact discovery and for briefing and submitting motions for summary judgment as to the invalidity and unenforceability of the asserted patents and submitted that schedule to the Court in the Joint Report filed on June 13, 2008 (Doc. 199) and at the hearing on June 16, 2008;

WHEREAS the Court adopted that schedule, which was reflected in the Court's Minute Order of June 16, 2008 (Doc. 200);

WHEREAS the schedule contemplated an invalidity fact discovery cutoff date of July 31, 2008, with motions for summary judgment as to invalidity to be filed by August 15, 2008;

WHEREAS at the time the parties agreed to that schedule the primary remaining discovery expected was depositions of Seiko Epson Corporation (SEC) and Epson America, Inc. (EAI) noticed by Coretronic Corporation, to be held after the completion of production of electronic documents and e-mails sought by Coretronic then underway;

WHEREAS the volume of such electronic discovery has been unexpectedly large and the necessary processing of that discovery has been unexpectedly time consuming;

WHEREAS the parties have been proceeding expeditiously to complete that discovery, but have not been able to complete the processing of the documents in time to proceed with the depositions by the currently scheduled invalidity fact discovery cutoff date; and

WHEREAS the parties have therefore agreed to a limited extension of the discovery schedule and a corresponding extension of the briefing and argument schedule for the invalidity summary judgment motions as reflected below.

NOW, THEREFORE, THE PARTIES STIPULATE AND ASK THE COURT FOR AN ORDER AS FOLLOWS:

1.      Vacating the schedule set in the Minute Order of June 16, 2008;

2.      Setting the date for completion of invalidity fact discovery as September 12, 2008;

3.      Setting the briefing and argument schedule for the invalidity and unenforceability summary judgment motions as follows:

Motions to be filed by September 26, 2008;

Oppositions to be filed by October 20, 2008;

2

1    Replies to be filed by November 3, 2008;

2    Motions to be heard at 2:00 p.m. on November 17, 2008.

3

4    DATED:  July 25, 2008

5                                                                    Respectfully submitted,

6    _____/s/_____                    _____/s/_____

7    Yitai Hu (CA Bar No. 248085)                        James A. Oliff *(Admitted Pro Hac Vice)*
     Elizabeth H. Rader (CA Bar No. 184963)              John W. O'Meara *(Admitted Pro Hac Vice)*

8    AKIN GUMP STRAUSS HAUER & FELD                      William J. Utermohlen *(Admitted Pro Hac*
     LLP                                                 *Vice)*

9    2 Palo Alto Square                                  OLIFF & BERRIDGE, PLC
     3000 El Camino Real, Suite 400                      277 South Washington Street, Suite 500

10   Palo Alto, California 94306                         Alexandria, VA  22314
     Telephone: (650) 838-2000                           Telephone:  703-836-6400

11   Facsimile: (650) 838-2001                           Facsimile:  703-836-2787

12                                                       Susan van Keulen (CA Bar No. 136060)
     Attorneys for Coretronic Corporation                Christopher L. Ogden (CA Bar No. 235517)

13                                                       THELEN REID BROWN RAYSMAN &
                                                         STEINER  LLP

14                                                       225 West Santa Clara Street, Suite 1200

15                                                       San Jose, CA 95113
                                                         Telephone: (408) 292-5800

16                                                       Facsimile: (408) 287-8040

17                                                       Attorneys for Seiko Epson Corporation, Epson

18                                                       Research & Development Corporation and
                                                         Epson America, Inc.

19

20        Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of

21   perjury that concurrence in the filing of this document has been obtained from Elizabeth H. Rader.

22        Dated:  July 25, 2008

23                                                       THELEN REID BROWN RAYSMAN & STEINER  LLP

24                                                       By:  _____/s/_____

25                                                            Christopher L. Ogden, Esq.
                                                              (State Bar No. 235517)

26

27                                                       Attorneys for Seiko Epson Corporation

28

3

1

2        Having considered the parties' statements and stipulations set forth above, and good cause

appearing therefore, IT IS HEREBY ORDERED THAT:

3        1.      The schedule set in the Minute Order of June 16, 2008 is hereby VACATED;

4        2.      The date for completion of invalidity fact discovery is set as September 12, 2008;

5        3.      The briefing and argument schedule for the invalidity and unenforceability summary

6    judgment motions is set as follows:

7        Motions to be filed by September 26, 2008;

8        Oppositions to be filed by October 20, 2008;

9        Replies to be filed by November 3, 2008;

10       Motions to be heard at 2:00 p.m. on November 17, 2008.

11

12

13   Dated: __7/30_____, 2008

14                                                      
                                              UNITED S
15                                                            Judge Marilyn H. Patel

16

17

18

19

20

21

22

23

24

25

26

27

28

4