JAMES A. OLIFF (*Pro Hac Vice*), joliff@oliff.com
JOHN W. O'MEARA (*Pro Hac Vice*), jomeara@oliff.com
WILLIAM J. UTERMOHLEN (*Pro Hac Vice*), wutermohlen@oliff.com
**OLIFF & BERRIDGE, PLC**
277 South Washington St., Suite 500
Alexandria, Virginia 22314
Tel: (703) 836-6400; Fax: (703) 836-2787

SUSAN VAN KEULEN
CA Bar No. 136060, svankeulen@thelen.com
CHRISTOPHER L. OGDEN
CA Bar No. 235517, cogden@thelen.com
**THELEN REID BROWN RAYSMAN & STEINER, LLP**
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113
Tel: (408) 292-5800; Fax (408) 287-8040

Attorneys for Seiko Epson Corporation, Epson Research and Development, Inc. and Epson America, Inc.

FILED
AUG 0 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SEIKO EPSON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CORETRONIC CORPORATION and OPTOMA TECHNOLOGY, INC.,<br><br>Defendants.<br><br>CORETRONIC CORPORATION and OPTOMA TECHNOLOGY, INC.,<br><br>Counterplaintiffs,<br><br>v.<br><br>SEIKO EPSON CORPORATION, EPSON RESEARCH AND DEVELOPMENT, INC., and EPSON AMERICA, INC.,<br><br>Counterdefendants. | Case No. C06-6946; 07-6055 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF SEIKO EPSON CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL (L.R. 79-5) |

1  **UPON CONSIDERATION** of Plaintiff Seiko Epson Corporation's Administrative
2  Motion to File Document Under Seal (L.R. 79–5), including the submitted documents and
3  arguments relating thereto, it is hereby **ORDERED** that the following document is accepted for
4  filing under seal and is deemed filed as of the date it was lodged with the Court:

5      DECLARATION OF ATSUSHI MIYAZAWA IN SUPPORT OF REPLY
6      BRIEF

7  IT IS SO ORDERED.

10  Dated: 8/6/08

    Marilyn Hall Patel
    United States District Judge