ORIGINAL

FILED
AUG 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  YITAI HU (State Bar No. 248085) (yitai.hu@alston.com)
   ELIZABETH H. RADER (State Bar No. 184963) (elizibeth.rader@alston.com)
2  Alston & Bird LLP
   Two Palo Alto Square
3  3000 El Camino Real, Suite 400
   Palo Alto, California 94306
4  Telephone:   650-838-2000
   Facsimile:   650-838-2001
5
   Attorneys for Defendants and Counterclaimants
6  CORETRONIC CORPORATION and
   OPTOMA TECHNOLOGY, INC.
7
   Ryan W. Koppelman (GA SBN 428404) (ryan.koppelman@alston.com)
8  ALSTON & BIRD LLP
   1201 W. Peachtree St.
9  Atlanta, GA 30309
   Telephone: 404-881-7000
10 Facsimile: 404-881-7777

11 Attorney for Defendants and Counterclaimants
   CORETRONIC CORPORATION and
12 OPTOMA TECHNOLOGY, INC.
   *Admitted Pro Hac Vice*
13

14                      UNITED STATES DISTRICT COURT
15                     NORTHERN DISTRICT OF CALIFORNIA
16                          SAN FRANCISCO DIVISION
17

| | |
|---|---|
| SEIKO EPSON CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>CORETRONIC CORPORATION, a Taiwanese corporation, and OPTOMA TECHNOLOGY, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06-6946 MHP<br>Case No. C 07-6055 MHP<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Case No. C 06-6946-MHP, C 07-6055-MHP

1  Ryan W. Koppelman, an active member in good standing of the bar of the State of Georgia
2  whose business address and telephone number is:

ALSTON & BIRD LLP
1201 W. Peachtree St.
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Coretronic Corporation and Optoma Technology, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/29/08

Marilyn Hall Patel
United States District Judge