JAMES A. OLIFF (*Pro Hac Vice*)
JOHN W. O'MEARA (*Pro Hac Vice*),
WILLIAM J. UTERMOHLEN (*Pro Hac Vice*),
**OLIFF & BERRIDGE, PLC**
277 South Washington St., Suite 500
Alexandria, Virginia 22314
Tel: (703) 836-6400; Fax: (703) 836-2787
e-mails: joliff@oliff.com, jomeara@oliff.com, wutermohlen@oliff.com

SUSAN VAN KEULEN
CA Bar No. 136060, svankeulen@thelen.com
CHRISTOPHER L. OGDEN
CA Bar No. 235517, cogden@thelen.com
**THELEN REID BROWN RAYSMAN & STEINER, LLP**
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113
Tel: (408) 292-5800; Fax (408) 287-8040

Attorneys for Seiko Epson Corporation, Epson Research and Development, Inc. and Epson America, Inc.

YITAI HU
CA Bar No. 248085, yhu@akingump.com
ELIZABETH H. RADER
CA Bar No. 184963 erader@akingump.com
**ALSTON+BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: (650) 838-2000; Fax: (650) 838-2001

Attorneys for Coretronic Corporation and Optoma Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEIKO EPSON CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> CORETRONIC CORPORATION and OPTOMA TECHNOLOGY, INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case Nos. C 06-6946, 07-6055 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS RELATING TO U.S. PATENT NO. 6,558,004** |

WHEREAS Seiko Epson Corporation ("SEC") asserted in this case that Coretronic Corporation ("Coretronic") and Optoma Technology, Inc. ("Optoma") infringed U.S. Patent No. 6,558,004 ("the 004 Patent"); and

1

1   WHEREAS Coretronic and Optoma have asserted counterclaims for declaratory judgment
2   that the 004 Patent is invalid and not infringed; and

3   WHEREAS SEC is willing to withdraw its infringement assertions as to the 004 Patent in this
4   case on the terms reflected in this Stipulation; and

5   WHEREAS the parties agree that in light of such withdrawal, the issue of the 004 Patent's
6   validity need not be litigated and resolved at this time;

7   NOW, THEREFORE, THE PARTIES STIPULATE AND ASK THE COURT FOR AN
8   ORDER AS FOLLOWS:

9   1.   Dismissing with prejudice SEC's assertions of infringement of the 004 Patent against
10  Coretronic and Optoma and dismissing without prejudice Coretronic's and Optoma's Counterclaims
11  seeking a declaration regarding the non-infringement and invalidity of the 004 Patent.

12  2.   Directing that each party shall bear its own attorneys' fees and costs incurred to date in
13  this case in connection with all proceedings related to the 004 Patent.

14  DATED:  September 25, 2008

Respectfully submitted,

_____/Elizabeth H. Rader/_____
Yitai Hu (CA Bar No. 248085)
Elizabeth H. Rader (CA Bar No. 184963)
ALSTON+BIRD LLP
2 Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

Attorneys for Coretronic Corporation and
Optoma Technology, Inc.

_____/William J. Utermohlen/_____
James A. Oliff *(Admitted Pro Hac Vice)*
John W. O'Meara *(Admitted Pro Hac Vice)*
William J. Utermohlen *(Admitted Pro Hac Vice)*
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA  22314
Telephone:  (703) 836-6400
Facsimile:  (703) 836-2787

Susan van Keulen (CA Bar No. 136060)
Christopher L. Ogden (CA Bar No. 235517)
THELEN REID BROWN RAYSMAN &
STEINER  LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Attorneys for Seiko Epson Corporation, Epson
Research & Development Corporation and
Epson America, Inc.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Elizabeth H. Rader.

Dated:  September 25, 2008

THELEN REID BROWN RAYSMAN & STEINER  LLP

By:   /Christopher L. Ogden/
      Christopher L. Ogden, Esq.
      (State Bar No. 235517)

Attorneys for Seiko Epson Corporation

Having considered the parties' statements and stipulations set forth above, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. SEC's claims of infringement of U.S. Patent No. 6,558,004 against Coretronic and Optoma are DISMISSED with prejudice and Coretronic's and Optoma's Counterclaims seeking a declaration regarding the non-infringement and invalidity of U.S. Patent No. 6,558,004 are DISMISSED without prejudice.

2. Each party shall bear its own attorneys' fees and costs incurred to date in this case in connection with all proceedings related to the 004 Patent.

Dated:  9/292/008        , 2008



IT IS SO ORDERED
Judge Marilyn H. Patel