United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIKO EPSON CORPORATION, | No. C 06-06946 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Hearing)** |
| v. | |
| OPTOMA TECHNOLOGY, INC., | |
| Defendant(s). | |

The parties are notified that the hearing of the motion(s) in this matter currently on calendar for December 10, 2008, is hereby RESCHEDULED to **December 15, 2008, at 2:00 p.m.** Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.

Richard W. Wieking
Clerk, U.S. District Court

Dated: November 25, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140