1  [ALL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEIKO EPSON CORPORATION, a Japanese Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORETRONIC CORPORATION, a Taiwanese corporation, and OPTOMA TECHNOLOGY, INC., a California corporation,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case Nos. 06-CV-06946; 07-6055 MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MOTIONS HEARING DATE TO ~~JANUARY 5, 2009~~**<br>　　　　　　　January 22, 2009<br><br>　　　　　~~5~~ 22<br>Date:　　　January ~~5~~, 2009<br>Time:　　　2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge:　　 Marilyn Hall Patel |

　　　WHEREAS, the parties noticed their respective motions for summary judgment for hearing before the Court on November 17, 2008 at 2:00 p.m. pursuant to the Stipulation and Order Amending Invalidity Briefing Schedule (Docket #221); and

　　　WHEREAS, Coretronic Corporation ("Coretronic") noticed its Motion Pursuant to FRCP 56(f) to Continue Hearing on Epson Parties' Motion for Summary Judgment to Allow for

JOINT STIPULATION TO RESCHEDULE MOTIONS HEARING DATE
CASE NOS. 06-CV-06946; 07-6055 MHP

Discovery re ELP-3000 or, in the Alternative, to Strike Mester and Ito Declarations (Docket #287) and Petition for Rule 54(b) Certification (Docket #265) for hearing before the Court on November 17, 2008 at 2:00 p.m.; and

WHEREAS, the parties submitted the following discovery reports requesting the Court's assistance with respect to various discovery disputes:

1) Coretronic Corporation's Report on Discovery Disputes and Request for Appointment of a Discovery Master (Docket #273);

2) Seiko Epson Corporation's Report on Discovery Disputes (Docket #289); and

3) Coretronic Corporation's Response to Seiko Epson Corp.'s Report on Discovery Disputes (Docket #317).

WHEREAS, the parties were notified that the hearing of the motions in this matter was rescheduled to November 20, December 10 and, finally, December 15, 2008 at 2:00 p.m. (Docket #313, Docket #322 and Docket #327); and

WHEREAS, counsel for Coretronic is unavailable to attend the hearing on December 15, 2008 due to a scheduling conflict with another case; and

NOW, THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and respectfully ask the Court to reschedule the parties' respective motions for summary judgment, Coretronic's Motion Pursuant to FRCP 56(f) to Continue Hearing on Epson Parties' Motion for Summary Judgment to Allow for Discovery re ELP-3000 or, in the Alternative, to Strike Mester and Ito Declarations and Petition for Rule 54(b) Certification hearing date to January 5, 2009, at 2:00 p.m.

**IT IS SO STIPULATED.**

JOINT STIPLUATION TO RESCHEDULE MOTIONS HEARING DATE
CASE NOS. 06-CV-06946; 07-6055 MHP

2

| | |
|---|---|
| 1  Dated: December 5, 2008 | Yitai Hu |
| 2 | (SBN 248085) (yitai.hu@alston.com) |
|   | Elizabeth H. Rader |
| 3 | (SBN 184963) (elizabeth.rader@alston.com) |
|   | **ALSTON + BIRD LLP** |
| 4 | Two Palo Alto Square |
|   | 3000 El Camino Real, Suite 400 |
| 5 | Palo Alto, CA 94306 |
|   | Telephone: (650) 838-2000 |
| 6 | Fax: (650) 838-2001 |

Attorneys for Coretronic Corporation and Optoma Technology, Inc.

By: _____/s/_____
Lenny Huang (Admitted *Pro Hac Vice*)

Dated: December 5, 2008

James A. Oliff (*Pro Hac Vice*) (joliff@oliff.com)
John W. O'Meara (*Pro Hac Vice*)
(jomeara@oliff.com)
William J. Utermohlen (*Pro Hac Vice*)
(wutermohlen@oliff.com)
**OLIFF & BERRIDGE, PLC**
277 South Washington St., Suite 500
Alexandria, Virginia 22314
Tel: (703) 836-6400; Fax: (703) 836-2787

Susan Van Keulen
(SBN 136060) (svankeulen@omm.com)
James D. Moore
(SBN 218187) (jmoore@omm.com)
**O'MELVENY & MYERS LLP**
2675 Sand Hill Road
Menlo Park, CA 94025
Tel: (650) 473-2600; Fax (650) 473-2601

Attorneys for Seiko Epson Corporation, Epson Research and Development, Inc. and Epson America, Inc.

By: _____/s/_____
William J. Utermohlen
(Admitted *Pro Hac Vice*)

JOINT STIPLUATION TO RESCHEDULE MOTIONS HEARING DATE
CASE NOS. 06-CV-06946; 07-6055 MHP

3

I, Lenny Huang, am the ECF User whose ID and password are being used to file this Joint Stipulation to Reschedule Motions Hearing Date to January 5, 2009. In compliance with General Order 45, X.B., I hereby attest that William J. Utermohlen has concurred in this filing.

### [PROPOSED] ORDER

It is hereby ORDERED that pursuant to the Joint Stipulation of Plaintiff Seiko Epson Corporation and Defendant Coretronics Corporation, the parties' respective motions for summary judgment, Coretronic's Motion Pursuant to FRCP 56(f) to Continue Hearing on Epson Parties' Motion for Summary Judgment to Allow for Discovery re ELP-3000 or, in the Alternative, to Strike Mester and Ito Declarations and Petition for Rule 54(b) Certification hearing date is moved from December 15, 2008, at 2:00 p.m. to January ~~5~~ 22, 2009, at 2:00 p.m.

Dated: 12/9/2008

#31054728



IT IS SO ORDERED

Judge Marilyn H. Patel

JOINT STIPULATION TO RESCHEDULE MOTIONS HEARING DATE
CASE NOS. 06-CV-06946; 07-6055 MHP

4