Yitai Hu (SBN 248085)
(yitai.hu@alston.com)
Elizabeth H. Rader (SBN 184963)
(elizabeth.rader@alston.com)
**ALSTON + BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA  94025
Tel:  (650) 838-2000
Fax:  (650) 838-2001

Attorneys for Coretronic Corporation
and Optoma Technology, Inc.

James A. Oliff (*Pro Hac Vice*) (joliff@oliff.com)
John W. O'Meara (*Pro Hac Vice*) (jomeara@oliff.com)
William J. Utermohlen (*Pro Hac Vice*)
(wutermohlen@oliff.com)
**OLIFF & BERRIDGE, PLC**
277 South Washington St., Suite 500
Alexandria, Virginia 22314
Tel:  (703) 836-6400; Fax:  (703) 836-2787

Susan van Keulen (SBN 136060) (svankeulen@omm.com)
**O'MELVENY & MYERS LLP**
2765 Sand Hill Road
Menlo Park, CA 94025
Tel:  (650) 473-2600; Fax:  (650) 473-2601

Anne E. Huffsmith (SBN 236438)
(ahuffsmith@omm.com)
**O'MELVENY & MYERS LLP**
2 Embarcadero Center, 28th Floor
San Francisco, CA 94025
Tel:  (415) 984-8934; Fax:  (415) 984-8701

Attorneys for Seiko Epson Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEIKO EPSON CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORETRONIC CORPORATION and OPTOMA TECHNOLOGY, INC.,<br><br>　　　　Defendants. | Case No. 06-CV-06946  MHP<br><br>**STIPULATED REQUEST TO ENLARGE TIME FOR SEIKO EPSON CORPORATION TO FILE OPPOSITION TO CORETRONIC AND OPTOMA'S RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　November 15, 2010<br>Time:　　　2:00 P.M.<br>Courtroom:　15, 18th floor<br>Judge:　　　Marilyn Hall Patel |

　　　　Plaintiff Seiko Epson Corporation ("Seiko Epson") and defendants Coretronic Corporation and Optoma Technology, Inc., by and through their respective counsel, hereby file this Stipulated Request that Seiko Epson Corporation be permitted until October 25, 2010 to file its Opposition to Coretronic and Optoma's Renewed Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,203,158.  This will not require any change in the date of the hearing, which is scheduled for November 15, 2010, and is

consistent with the comments of the Court at the Case Management Conference held on September 20, 2010.

For the foregoing reasons, and those described in the declaration of William J. Utermohlen filed herewith, the parties jointly request that this Court enter an Order permitting Seiko Epson until October 25, 2010 to file its Opposition to Coretronic and Optoma's Renewed Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,203,158.

DATED: October 12, 2010

Respectfully submitted,

_____/s/_____
Yitai Hu (SBN 248085)
Elizabeth H. Rader (SBN 184963)
ALSTON + BIRD LLP
275 Middlefield Road
Menlo Park, CA 94025
Tel: (650) 838-2000; Fax: (650) 838-2001

Attorneys for Coretronic Corporation and Optoma Technology, Inc.

_____/s/_____
James A. Oliff *(Admitted Pro Hac Vice)*
John W. O'Meara *(Admitted Pro Hac Vice)*
William J. Utermohlen *(Admitted Pro Hac Vice)*
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA 22314
Tel: (703) 836-6400; Fax: (703) 836-2787

Susan van Keulen (SBN 136060)
James D. Moore (SBN 218187)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Tel: (650) 473-2600; Fax: (650) 473-2601

Anne E. Huffsmith (SBN 236438)
O'MELVENY & MYERS LLP
2 Embarcadero Center, 28th Floor
San Francisco, CA 94025
Tel: (415) 984-8934; Fax: (415) 984-8701

Attorneys for Seiko Epson Corporation

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Elizabeth H. Rader.

Dated: October 12, 2010

O'MELVENY & MYERS LLP

By: _____/s/_____
Anne E. Huffsmith, Esq.
(State Bar No. 236438)

Attorney for Seiko Epson Corporation

1     PURSUANT TO STIPULATION, IT IS SO ORDERED:

4   Dated: __10/18_____, 2010

*IT IS SO ORDERED*

*Judge Marilyn H. Patel*

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA