**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SEIKO EPSON CORPORATION,

        Plaintiff,

   v.

CORETRONIC CORPORATION  and
OPTOMA TECHNOLOGY INC.,

        Defendants.
_____/

No. C 06-6946 MHP

**JUDGMENT
(Fed.R.Civ.P. 58)**

    This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed May 15, 2009, declaring United States Patent Numbers 6,527,392 ("the '392 patent") and 6,742,899 ("the '899 patent") invalid on grounds of obviousness and an order having been duly filed November 23, 2010, declaring United States Patent Number 6,203,158 ("the '158 patent") invalid on the grounds of obviousness, and a request for entry of judgment under Federal Civil Rule 58(d) having been filed stating that the above orders resolve all claims and issues pending in this case and the court so finding; and, there being no just reason for delay,

    IT IS ORDERED AND ADJUDGED that defendant/counter-claimant CORETRONIC CORPORATION and OPTOMA TECHNOLOGY, INC.s'  motions for summary judgment to invalidate claims 1, 3, 4, 7, 9 and 10 of the '392 patent and to invalidate claims 1, 2 and 5 of the '158

1  patent are GRANTED and the action of plaintiff/counter-defendant SEIKO EPSON
2  CORPORATION is DISMISSED in its entirety.
3      IT IS FURTHER ORDERED AND ADJUDGED that plaintiff/counter-defendant SEIKO
4  EPSON CORPORATION's  motion for summary judgment to invalidate claims 1, 2, 3, 7, 9 and 11
5  of the '899 patent is GRANTED and the counterclaim of CORETRONIC CORPORATION and
6  OPTOMA TECHNOLOGY, INC. for infringement of the '899 patent is DISMISSED in its entirety..

9  DATED: January 5, 2011

    _____
    MARILYN HALL PATEL
    Judge
    United States District Court
    Northern District of California